THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| BOB KEITH WATSON, ) | |
| ) | |
| Petitioner, ) | |
| v.. ) | CASE NO. 2:08-CV-525-MEF |
| ) | [WO] |
| JEFFERY KELLER, WARDEN, ) | |
| ) | |
| Respondent. ) | |

# **ORDER**

On August 5, 2008, the Magistrate Judge filed a Report and Recommendation (Doc. #15) in this case to which no timely objections have been filed. Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is ORDERED that:

1. The Recommendation (Doc. #15) of the Magistrate Judge is ADOPTED;

2. The petition for habeas corpus relief is DENIED; and

3. The petition is DISMISSED without prejudice to afford Watson an opportunity to exhaust his administrative remedies in accordance with procedures established by the Bureau of Prisons.

DONE this the 26th day of August, 2008.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE