THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| BOB KEITH WATSON, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:08-CV-525-MEF |
| | ) | [WO] |
| JEFFERY KELLER, WARDEN, | ) | |
| | ) | |
| Respondent. | ) | |

## FINAL JUDGMENT

In accordance with the prior proceedings, opinions, and orders of the Court, it is the

ORDER, JUDGMENT, and DECREE of the Court that this action is DISMISSED without

prejudice.  The parties shall bear their own costs.

The Clerk of the Court is DIRECTED to enter this document on the civil docket as

a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE this the 26th day of August, 2008.


_____/s/ Mark E. Fuller_____
CHIEF UNITED STATES DISTRICT JUDGE